IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOURNEY RESTAURANT CORPORATION, ET. AL.,<br><br>**Plaintiffs**<br><br>v.<br><br>CHICO CORPORATION, ET. AL.,<br><br>**Defendants** | **CIVIL NO.** 11-1648 (JAG) |

**JUDGMENT**

Based on the Memorandum and Order entered on January 4, 2012, (Docket No. 27), the Court hereby enters judgment remanding this case back to state court where it was originally filed.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of January, 2012.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. District Judge